UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                   No. C 12-212 SI (pr)

PATRICIA HARRIS,                        **ORDER OF DISMISSAL**

             Plaintiff.

_____/

       This case was opened when the court received from plaintiff a letter in which she complained about some of the conditions at the prison at which she was incarcerated. In an effort to protect her rights, it was filed as a new case. Plaintiff was informed that she had not filed a complaint and was given thirty days to do so. She also was sent a notice that she had not paid the filing fee or applied for leave to proceed *in forma pauperis*. She was allowed thirty days to either pay the fee or file the application. A copy of the court's form for *in forma pauperis* application was provided with the notice, along with a return envelope. In response, she wrote back that she was "not able at this time to file a civil complaint" but might file an action when she is released from prison next year. (Docket # 4.) This case is therefore DISMISSED without prejudice. No fee is due. The clerk shall close the file.

       IT IS SO ORDERED.

Dated: March 5, 2012                                        _____
                                                                             SUSAN ILLSTON
                                                                  United States District Judge