**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                    No. C 12-212 SI (pr)

PATRICIA HARRIS,                          **ORDER OF DISMISSAL**

       Plaintiff.

_____/

     This case was opened when the court received from plaintiff a letter in which she complained about some of the conditions at the prison at which she was incarcerated.  In an effort to protect her rights, it was filed as a new case.  Plaintiff was informed that she had not filed a complaint and was given thirty days to do so.  She also was sent a notice that she had not paid the filing fee or applied for leave to proceed *in forma pauperis*.  She was allowed thirty days to either pay the fee or file the application.  A copy of the court's form for *in forma pauperis* application was provided with the notice, along with a return envelope.  In response, she wrote back that she was "not able at this time to file a civil complaint" but might file an action when she is released from prison next year.   (Docket # 4.)  This case is therefore DISMISSED without prejudice.  No fee is due.  The clerk shall close the file.

     IT IS SO ORDERED.

Dated: March 5, 2012                          _____

                                   SUSAN ILLSTON
                           United States District Judge