**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 12-212 SI (pr) |
| PATRICIA HARRIS, | **JUDGMENT** |
|     Plaintiff. | |

_____/

This action is dismissed.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 5, 2012                              _____
                                                                      SUSAN ILLSTON
                                                             United States District Judge